[No. 11247-3-I.   Division One.   June 13, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
MARSH, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81-1-00234-4, Robert C. Bibb, J.,
entered December 21, 1981. *Affirmed in part* and *reversed*

*in part* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Corbett, J.